# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mahesh Sashital, et al.

                                          Plaintiff,

v.                                                                    Case No.: 1:20−cv−04692

                                                                            Honorable Rebecca R. Pallmeyer

SEVA Beauty, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court denied Plaintiff's motion for a temporary restraining order or preliminary injunction in a March 31, 2021 opinion. Since then, there has been no activity in this case. The court notes that Defendant has not filed an answer, but Plaintiff has not sought a default order. On September 28, 2021, in which the court directed the parties to show cause within 14 days why the case should not be dismissed. There has been no response. This case is dismissed without prejudice. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.